UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                            :

BROADWALL MANAGEMENT CORP. et al.,     :

                        Plaintiffs,     :

                                                     :      22-CV-1506 (JMF)

            -v-     :

                     :      ORDER

FEDERAL INSURANCE COMPANY,     :

                        Defendant.     :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On March 17, 2022, Defendant Federal Insurance Company ("FIC") filed a letter requesting that the Court remand this matter back to the Supreme Court of New York, New York County because, based on Plaintiffs' counsel's representations, complete diversity of citizenship between the parties does not exist. Because "the defendant [does not] aver that all of the requirements of diversity jurisdiction are met," removal to this Court is improper. *Mills 2011 LLC v. Synovus Bank*, 921 F. Supp. 2d 219, 220 (S.D.N.Y. 2013) (citing *Brown v. Eli Lilly & Co.*, 654 F.3d 347, 356 (2d Cir. 2011)). Accordingly, FIC's application is GRANTED.

      The Clerk of Court is directed to remand this case to the Supreme Court of New York for further proceedings and to close the case.

      SO ORDERED.

Dated: March 18, 2022
       New York, New York

                                                  JESSE M. FURMAN
                                                  United States District Judge